ANITA BARTLESS, as Administratrix of the Estate of LUCIAN BARTLESS, Deceased, Respondent, v. PINO-LYTOL CHEMICAL CO., INC., Defendant, and EMILIE N. BURRILL et al., Defendants-Appellants.—

No opinion. Carswell, Johnston, Adel, Taylor and Lewis, JJ., concur.

MAX BRONSNICK, Respondent, v. WILLIAMSBURG REALTY CORPORATION, Appellant.—

No opinion. Carswell, Johnston, Adel, Taylor and Lewis, JJ., concur.

ROSE BUCALO, as Administratrix of the Estate of JOSEPH BUCALO, Deceased, Appellant, v. NEW YORK POST GRADUATE MEDICAL SCHOOL AND HOSPITAL et al., Defendants, and MEYER H. FREUND, Defendant-Respondent. ROSE BUCALO, as Administratrix, Plaintiff v. MILTON C. PETERSON, Defendant.—

No opinion. Present— Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

WILLIAM H. BURR, JR., Appellant, v. EDNA B. BAILLET et al., Respondents.—

No opinion. Present— Hagarty, Carswell, Adel, Taylor and Lewis, JJ..